# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DOYLE,<br><br>    Plaintiff,<br><br>v.<br><br>JTT FUNDING INC., a New York corporation and DEMETRIOS N. BOUDOURAKIS a/k/a JIMMY N. BOUDOURAKIS,<br><br>    Defendants. | Case No. 2:18-CV-06145-JAK-AS<br><br>**JUDGMENT**<br><br>**JS-6:** |

Judgment is entered in favor of Plaintiff and against Defendants JTT Funding Inc. and Demetrios N. Boudourakis a/k/a Jimmy N. Boudourakis on Plaintiff's Complaint for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and related regulations. Plaintiff's Motion for Default Judgment (Dkt. 15) was granted-in-part. Dkt. 25. Plaintiff is the prevailing party and is awarded damages in the amount of $9000. Costs are awarded in an amount to be determined through an application with the Clerk of Court. Plaintiff is awarded injunctive relief against Defendants: Defendants shall cease contacting Plaintiff with unsolicited

telephone communications. This Judgment shall be subject to post-judgment interest at the rate set by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: January 7, 2020                 _____
                                             JOHN A. KRONSTADT
                                             UNITED STATES DISTRICT JUDGE